THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| **GASTAR EXPLORATION INC.**, *et al.*, | § § § | Case No. 18-36057 (MI)<br>**Chapter 11**<br>**(Jointly Administered)** |
| Debtors | § § § | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY
RULE 2002 AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

PLEASE TAKE NOTICE that on behalf of Texas Raw Oil & Gas, Inc., Gold Star Energy, LLC, and Oljeinvest, LLC, the undersigned hereby appears pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and 11 U.S.C. § 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statement(s) and plan(s) of reorganization, or other documents, filed or entered in this case, be transmitted to:

Leonard H. Simon, Esq.
**TBN: 18387400; SDOT: 8200**
PENDERGRAFT & SIMON, LLP
2777 Allen Parkway, Suite 800
Houston, Texas 77019
**(713) 528-8555 (Telephone)**
**(713) 737-8207 (Direct)**
(713) 253-2810 (Mobile)
(832) 202-2810 (Telecopy)
Email: lsimon@pendergraftsimon.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Creditors (a) to have final orders in non-core matters entered only after de novo review by a District Court judge, (b) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to

this case, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 2nd day of November 2018.

*/s/ Leonard H. Simon*
Leonard H. Simon
TBN: 18387400; SDOT: 8200
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(713) 737-8207 (Direct)
(832) 202-2810 (Telecopy)
lsimon@pendergraftsimon.com

**ATTORNEY FOR TEXAS RAW OIL & GAS, INC., GOLD STAR ENERGY, LLC, AND OLJEINVEST, LLC**

**OF COUNSEL:**

**PENDERGRAFT & SIMON, LLP**
2777 Allen Parkway, Suite 800
Houston, Texas 77019
(713) 528-8555 (Main)
(713) 868-1267 (Telecopy)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on November 2, 2018.

*/s/ Leonard H. Simon*