IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 18-36057 (MI) |
| GASTAR EXPLORATION INC., *et al.*[1] | § | (Chapter 11) |
| Debtors. | § | (Jointly Administered) |

**Affidavit of Service for Mailings for**

**January 9, 2019**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gastar Exploration Inc. (1640), and Northwest Property Ventures LLC (8685). The location of the Debtors' service address is: 1331 Lamar Street, Suite 650, Houston, Texas 77010.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | CASE NO. 18-36057 (MI) |
| GASTAR EXPLORATION INC., *et al.*[1] | (Chapter 11) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE RE:**

Docket No. 303

NOTICE OF FEE STATEMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 31, 2018 THROUGH NOVEMBER 30, 2018

FEE STATEMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM OCTOBER 31, 2018, THROUGH NOVEMBER 30, 2018

I, Mabel Soto, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2. On January 9, 2019, at the direction of Jackson Walker LLP, Co-Counsel to the Debtors and Debtors in Possessions, the above referenced documents were served on the parties listed in Exhibit A via the mode of service indicated thereon:

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Gastar Exploration Inc. (1640), and Northwest Property Ventures LLC (8685). The location of the Debtors' service address is: 1331 Lamar Street, Suite 650, Houston, Texas 77010.

*page 2 of 4*

Exhibit A       The Interested Parties Address List regarding Docket No. 303

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 10th day of January 2019 at Hawthorne, California.

_____

Mabel Soto

**EXHIBIT A**

# Gastar

**Total number of parties: 8**

## Exhibit A - Gastar

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 68869 | GASTAR EXPLORATION INC., MICHAEL GERLICH, MGERLICH@GASTAR.COM | E-mail |
| 68869 | JACKSON WALKER LLP, MATTHEW D. CAVENAUGH, MCAVENAUGH@JW.COM | E-mail |
| 68869 | MILBANK, TWEED, HADLEY & MCCLOY LLP, PS ARONZON;TR KRELLER, ET AL, (RE: ARES MANAGEMENT LLC), PARONZON@MILBANK.COM | E-mail |
| 68869 | MILBANK, TWEED, HADLEY & MCCLOY LLP, PS ARONZON;TR KRELLER, ET AL, (RE: ARES MANAGEMENT LLC), TKRELLER@MILBANK.COM | E-mail |
| 68869 | MILBANK, TWEED, HADLEY & MCCLOY LLP, PS ARONZON;TR KRELLER, ET AL, (RE: ARES MANAGEMENT LLC), RLIUBICIC@MILBANK.COM | E-mail |
| 68869 | MILBANK, TWEED, HADLEY & MCCLOY LLP, PS ARONZON;TR KRELLER, ET AL, (RE: ARES MANAGEMENT LLC), HMAGHAKIAN@MILBANK.COM | E-mail |
| 68869 | OFFICE OF THE UNITED STATES TRUSTEE, HECTOR DURAN JR;STEPHEN D STATHAM, HECTOR.DURAN.JR@USDOJ.GOV | E-mail |
| 68869 | OFFICE OF THE UNITED STATES TRUSTEE, HECTOR DURAN JR;STEPHEN D STATHAM, STEPHEN.STATHAM@USDOJ.GOV | E-mail |

**Subtotal for this group: 8**