IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| GASTAR EXPLORATION INC., *et al.*,[1] | § § § | Case No. 18-36057 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF ORDER
CONFIRMING THE DEBTORS' JOINT PREPACKAGED PLAN
(AS MODIFIED) OF REORGANIZATION PURSUANT TO CHAPTER 11
OF THE BANKRUPTCY CODE AND (II) OCCURRENCE OF THE EFFECTIVE DATE**

(Related To Docket No. 282)

**PLEASE TAKE NOTICE** that on December 21, 2018, the Honorable Marvin Isgur, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Amended Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan* [Docket No. 282] (the "Confirmation Order") confirming the Plan[2] of the above-captioned debtors (the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **January 22, 2019**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all documents filed in these chapter 11 cases are available free of charge by visiting http://www.bmcgroup.com/gastar. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain release, exculpation, injunction, and related provisions in Article VIII of the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Gastar Exploration Inc. (1640), and Northwest Property Ventures LLC (8685). The location of the Debtors' service address is: 1331 Lamar Street, Suite 650, Houston, Texas 77010.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the *Debtors' Joint Prepackaged Chapter 11 Plan (as Modified) of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code*, attached to the Confirmation Order as **Exhibit A** (as modified, amended, and including all supplements, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding upon the Debtors or the Reorganized Debtors, as applicable, and any and all holders of Claims or Interests (regardless of whether such Claims or Interests are deemed to have accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, each Entity acquiring property under the Plan or the Confirmation Order, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated:  January 22, 2019 | /s/ *Matthew D. Cavenaugh* |

Patricia B. Tomasco (TX Bar No. 01797600)
Elizabeth C. Freeman (TX Bar No. 24009222)
Matthew D. Cavenaugh (TX Bar No. 24062656)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:   (713) 752-4200
Facsimile:    (713) 752-4221
Email:          ptomasco@jw.com
                    efreeman@jw.com
                    mcavenaugh@jw.com

-and-

Anna G. Rotman, P.C. (TX Bar No. 24046761)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
609 Main Street
Houston, Texas 77002
Telephone:   (713) 836-3600
Facsimile:    (713) 836-3601
Email:          anna.rotman@kirkland.com

-and-

Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
John R. Luze (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          ross.kwasteniet@kirkland.com
                    john.luze@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

      I certify that on January 22, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                    */s/ Matthew D. Cavenaugh*
                                                    Matthew D. Cavenaugh